KAMALA D. HARRIS
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
XIOMARA COSTELLO
Supervising Deputy Attorney General
ROBERT M. SNIDER
Deputy Attorney General
California State Bar No. 84879
 300 South Spring Street, Suite 1702
 Los Angeles, California  90013
 Telephone:  (213) 897-2387
 Facsimile:   (213) 897-6496
 E-mail:  Bob.Snider@doj.ca.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONNA KAY LEE,** | CV-01-10751-PA (PLA) |
| Petitioner, | **NOTICE OF LODGING** |
| v. | |
| **DEBRA JACQUEZ, WARDEN,** | |
| Respondent. | |

Respondent hereby lodges with the Court, for its consideration in connection with her Response re Independence and Adequacy of *Dixon*, the following documents:

**Lodgment 1.** Records of the California Supreme Court pertinent to habeas corpus denials on December 21, 1999, which were originally submitted to Petitioner on Appeal to the United States Court of Appeals for the Ninth Circuit as Appellant's Excerpts of Record (Volume 8 of 9).

1

1 **Lodgment 2.** Minutes of the California Supreme Court reflecting habeas corpus petition denials issued between August 3, 1998, and June 10, 2000.

Dated: May 9, 2011

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
XIOMARA COSTELLO
Supervising Deputy Attorney General

/s/ Robert M. Snider
ROBERT M. SNIDER
Deputy Attorney General

LA2001FH0903
Document in ProLaw