# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DONNA KAY LEE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>GWENDOLYN MITCHELL, Warden,<br><br>　　　　Respondent. | No. CV 01-10751-PA (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the findings, conclusions and recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: June 11, 2012

　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE